No. 80–6037. MAYNARD v. ENGLE, CORRECTIONAL SUPER-INTENDENT. C. A. 6th Cir. Certiorari denied. 

No. 80–6040. PHILLIPS v. CAREY ET AL. C. A. 10th Cir. Certiorari denied. 

No. 80–6041. DOAK v. MARYLAND; and
No. 80–6042. DOAK v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 80–6046. RAHMAN, AKA McGEE v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 80–6047. CALIGURI v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 80–6049. OWCHARIW v. LAHR ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–6050. HARRIS v. SPAIN, JUDGE, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 80–6052. ORPIANO v. HORSLEY ET AL. C. A. 4th Cir. Certiorari denied. 

No. 80–6053. MULLINS v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 80–6060. YOUNG v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–6061. MACARTHUR v. PHILIPPINE AIR LINES, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 80–6066. SARSYCKI v. HESS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–6091. HENDERSON v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.